UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
Sep 26, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. **19-10017-CR-MOORE/BECERRA**

18 U.S.C. § 371
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

DONALD HOWARD CONKRIGHT,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From on or about November 12, 2018, the exact date being unknown to the Grand Jury, and continuing until on or about November 17, 2018, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendant,

**DONALD HOWARD CONKRIGHT,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit offenses against the United States, that is, to knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves, to hide illegal proceeds, and to further the wire fraud schemes by, among other things, withdrawing, depositing, and transferring fraudulently obtained funds between credit unions, banks, businesses, and individuals inside and outside of the United States, and converting the fraudulently obtained funds to cash.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in Miami-Dade and Monroe Counties, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about November 15, 2018, **CONKRIGHT** transferred approximately $289,500.00 of wire fraud proceeds from an Iberia Bank account with an account number ending in 1139 by wire transfer to an individual outside of the United States.

2. On or about November 15, 2018, **CONKRIGHT** transferred approximately $128,029.87 of wire fraud proceeds from an Iberia Bank account with an account number ending in 4241 to "B.M."

3. On or about November 16, 2018, **CONKRIGHT** transferred approximately $69,205.00 of wire fraud proceeds from an Iberia Bank account with an account number ending in 1139 to "K.J.I."

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DONALD HOWARD CONKRIGHT**, has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violation and any property which the defendants used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation including but not limited to the following:

   a. $329,287.44 in U.S. funds seized from Iberia Bank account x1139 in the name of **DONALD HOWARD CONKRIGHT**, plus any accrued interest, recalled items, and return items; and

   b. $324,089.05 in U.S. funds seized from Iberia Bank account x4241 in the name of **DONALD HOWARD CONKRIGHT**, plus any accrued interest, recalled items, and returned items.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C); Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO._____

**DONALD HOWARD CONKRIGHT,**

_____Defendant_____/

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami   ✓ Key West
___ FTL     ___ WPB    ___ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __1-2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days      ✓                   Petty    ___
   II   6 to 10 days     ___                 Minor    ___
   III  11 to 20 days    ___                 Misdem.  ___
   IV   21 to 60 days    ___                 Felony   ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
Lindsey Lazopoulos Friedman
Assistant United States Attorney
Florida Bar No. 091792

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   DONALD HOWARD CONKRIGHT

**Case No:**

Count #: 1

Conspiracy to Commit an Offense against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 years' imprisonment
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**