UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case No. 19-cr-10017-MOORE/SNOW

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DONALD HOWARD CONKRIGHT,

      Defendant.

_____

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER REGULATING
DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION
CONTAINED THEREIN**

Pursuant to Federal Rule of Criminal Procedure 16(d), the United States of America, files this motion for a protective order regulating disclosure of the discovery materials in this case and certain sensitive information contained therein (the "Discovery"). The defendant in this case is charged with a conspiracy to launder money. The Discovery includes, among other things, documents containing personal identification information (*e.g.*, names, home addresses, and account numbers), and other sensitive information (collectively, the "Sensitive Information"). Given the volume and format of Sensitive Information in this case, it is not practicable for the government to redact all of it. Accordingly, in order to ensure the protection of the Sensitive Information and to avoid the disclosure of this information to other individuals, the government requests that the Court enter an order regulating disclosure of discovery as follows:

1.      The government is authorized to disclose Sensitive Information in its possession that the government believes necessary to comply with the discovery obligations imposed by this Court;

2.      The government shall produce the Discovery as follows: the government shall mark that portion of the Discovery that includes Sensitive Information as "Confidential," which will be governed by the following rules.  With respect to the Confidential portion of the Discovery:

a.      Counsel of record for defendant in this proceeding shall hold the Confidential portion of the Discovery in strictest confidence. Therefore, defense counsel shall restrict access to this discovery, and shall disclose this discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter and in a manner that will prohibit the disclosure of this discovery to other persons not involved in the defense;

b.      Counsel of record for defendant shall advise any person to whom the Confidential portion of the Discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

c.      Counsel of record for defendant shall obtain a certification from each person to whom the Confidential portion of the Discovery is disclosed, in which the recipient, (a) acknowledges these restrictions as set forth in the Protective Order of the Court, and (b) agrees that they will not disclose or disseminate the information

without express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the Discovery and the date on which such information was first disclosed

        d.        Counsel of record agrees that, upon conclusion of the above captioned case, copies of the Confidential portion of the Discovery disclosed to defense counsel pursuant to the terms of this order shall be destroyed or returned to the United States.

Counsel for the United States certifies that she contacted counsel for defendant via e-mail in a good faith effort to resolve by agreement the subject matter of this motion. Defense counsel has indicated that he has no objection to the relief requested. A proposed order is attached as Exhibit A.

Dated: November 7, 2019        Respectfully Submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

                              By:*/s/ Lindsey Lazopoulos Friedman*
                              Lindsey Lazopoulos Friedman
                              Florida Bar No. 091792
                              Assistant United States Attorney
                              99 Northeast 4th Street
                              Miami, Florida 33132-2111
                              Tel: (305) 961-9168
                              Fax: (305) 536-469

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 7, 2019, the undersigned Assistant

United States Attorney electronically filed the foregoing document with the Clerk of

the Court using CM/ECF.

_/s/ Lindsey Lazopoulos Friedman_
LINDSEY LAZOPOULOS FRIEDMAN
Assistant United States Attorney
Florida Bar No. 091792

4