UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-10017-CR-MOORE/SNOW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DONALD HOWARD CONKRIGHT,

       Defendant.

_____

## PROTECTIVE ORDER

THIS CAUSE is before the Court on THIS CAUSE is before the Court on the Government's Unopposed Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information Contained Therein (ECF No. 10), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED and ADJUDGED that the Government's unopposed motion is GRANTED.  It is further

ORDERED that the Government is authorized to disclose sensitive information in its possession that they believe necessary to comply with the discovery obligations imposed by this Court.  It is further

ORDERED that:

(1)  The Government shall mark that portion of the discovery that includes sensitive information as "Confidential;"

(2)  That counsel of record for the Defendant in this proceeding shall hold the Confidential portion of the discovery in strict confidence. Therefore, defense counsel shall restrict access to this discovery, and shall disclose this discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is

necessary to assist in the defense of their client in this matter and in a manner that will prohibit the disclosure of this discovery to other persons not involved in the defense;

(3)  That counsel of record for the Defendant shall advise any person to whom the Confidential portion of the discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent;

(4)  That counsel of record for the Defendant shall obtain a certification from each person to whom the Confidential portion of the discovery is disclosed, in which the recipient, (a) acknowledges these restrictions as set forth in the Protective Order of the Court and (b) agrees that they will not disclose or disseminate the information without express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the discovery and the date on which such information was first disclosed, and

(5)  That counsel of record agree that, upon conclusion of the above captioned case,[1] copies of the Confidential portion of the discovery disclosed to defense counsel pursuant to the terms of this order shall be destroyed or returned to the United States.

DONE AND ORDERED at Key West, Florida, this 15th day of November, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record

---

[1]  This shall mean the period at the conclusion of any appellate and Section 2255 proceedings, if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.

2