UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-10017-CR-KMM(s)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1957
18 U.S.C. § 982



UNITED STATES OF AMERICA

vs.

DONALD HOWARD CONKRIGHT,

　　　　　　　Defendant.
_____/

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### Count 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

From at least as early as in or around October 2018, the exact date being unknown to the Grand Jury, and continuing until at least as late as on or about November 2018, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendant,

**DONALD HOWARD CONKRIGHT,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property

involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 2
## Money Laundering
## (18 U.S.C. § 1956(a)(1)(B)(i))

On or about November 14, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DONALD HOWARD CONKRIGHT,**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, that is payment of $72,008.00 using a Cashier's Check from Iberia Bank account ending in 1139, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

## COUNTS 3-4
## Money Laundering
## (18 U.S.C. § 1957)

On or about the dates specified below, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendant,

**DONALD HOWARD CONKRIGHT,**

did knowingly engage in and attempt to engage in monetary transactions affecting interstate commerce by, through, and to a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, as more particularly described in each count below:

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 3 | November 15, 2018 | Wire transfer in the approximate amount of $128,029.87 from Iberia Bank account ending in 4241 to Bank of America account ending in 9711. |
| 4 | November 16, 2018 | Wire transfer in the approximate amount of $69,205.00 from Iberia Bank account ending in 1139 to Wells Fargo account ending in 5050. |

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1957 and 2.

## FORFEITURE ALLEGATIONS
## (18 U.S.C. § 982(a)(1))

1. The allegations contained in this Superseding Indictment are hereby re-alleged and by this reference fully set forth herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DONALD HOWARD CONKRIGHT**, has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Sections 1956 and 1957, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States of America, any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   (i) $329,287.44 in U.S. funds seized from Iberia Bank account x1139 in the name of **DONALD HOWARD CONKRIGHT**, plus any accrued interest, recalled items, and return items; and

   (ii) $324,089.05 in U.S. funds seized from Iberia Bank account x4241 in the name of **DONALD HOWARD CONKRIGHT**, plus any accrued interest, recalled items, and returned items.

4. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b).

A TRUE BILL

F

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DONALD HOWARD CONKRIGHT,

_____Defendant_____ /

CASE NO. 19-10017-CR-KMM(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami  ✓ Key West
___ FTL    ___ WPB    ___ FTP

New defendant(s)              Yes ___  No ✓
Number of new defendants      ___
Total number of counts        4

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect  _____

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days      ✓            Petty     ___
   II   6 to 10 days     ___          Minor     ___
   III  11 to 20 days    ___          Misdem.   ___
   IV   21 to 60 days    ___          Felony    ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?  (Yes or No)  Yes
   If yes: Judge Moore                              Case No. 10017
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?       (Yes or No)  No
   If yes: Magistrate Case No.                      _____
   Related miscellaneous numbers:                   _____
   Defendant(s) in federal custody as of            _____
   Defendant(s) in state custody as of              _____
   Rule 20 from the District of                     _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___  No ✓

_____
Lindsey Lazopoulos Friedman
Assistant United States Attorney
Fla. Bar No. 091792

*Penalty Sheet(s) attached                                       REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DONALD HOWARD CONKRIGHT

Case No: 19-10017-CR-KMM(s)

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

*__Max. Penalty:__ 20 years' imprisonment

Count #: 2

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

*__Max. Penalty:__ 20 years' imprisonment

Counts #: 3–4

Money Laundering

Title 18, United States Code, Section 1957

*__Max. Penalty:__ 10 years' imprisonment

*__Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.__