# COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT: DONALD HOWARD CONKRIGHT (BOND) ✓   CASE NO: 19-10017-CR-MOORE(s)

AUSA: LINDSEY FRIEDMAN ✓   ATTY: AFPD STEWART ABRAMS ✓

AGENT:   VIOL:

PROCEEDING: ARRAIGNMENT on SUPERSEDING INDICTMENT   RECOMMENDED BOND:

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @: $25,000 PSB   To be cosigned by:

- Reading of Indictment Waived
- Not Guilty plea entered
- Jury trial demanded
- Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL

PTD/BOND HEARING

PRELIM/ARRAIGNMENT

_____   For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE: 1-17-20   TIME: 2:00 p.m.   DAR: 13:37:57 —
14:11:40