UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-10017-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD HOWARD CONKRIGHT,

    Defendant.
_____/

**NOTICE OF EXPERT TESTIMONY REGARDING MENTAL CONDITION**

Defendant Donald Howard Conkright, through counsel and pursuant to Fed.R.Crim.Pro. 12.2(b) does hereby give notice that he intends to call Emily Fallis, Ph.D., a Clinical Psychologist, to testify as to the mental condition of Defendant at the time of the offense when this case proceeds to trial.[1]

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By: *s/ Stewart G. Abrams*
    Stewart G. Abrams
    Assistant Federal Public Defender
    Florida Bar No.: 371076
    150 W. Flagler Street, Suite 1500
    Miami, Florida 33130-1556
    Tel: (305) 530-7000
    E-mail: stewart_abrams@fd.org

---

[1] The Government is in possession of Dr. Fallis' report dated June 11, 2019.

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> By: *s/ Stewart G. Abrams*
> Stewart G. Abrams