UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-10017-MOORE

UNITED STATES OF AMERICA,

vs.

DONALD HOWARD CONKRIGHT,

    Defendant.
_____/

**MINUTES CRIMINAL TRIAL**
**DATE: March 4, 2020**
**TIME: 5 Hours, 30 Minutes**

| | |
|---|---|
| GOVERNMENT: | AUSA Lindsey Lazopoulos Friedman and AUSA Yisel Valdes |
| DEFENSE COUNSEL: | AFPD Stewart G. Abrams |
| COURT CLERK: | Christine A. Weech |
| REPORTER: | Diane Miller |
| INTERPRETERS: | N/A |

**PROCEEDINGS**

Oral Argument on evidentiary motion.
Testimony:
    1. Donald Howard Conkright
    2. Victoria Eder
Defense Resets
Closing Arguments
Jury Instructions
Jury Begins Deliberations: 11:45 a.m.
Jury Returns Verdict: 1:15 p.m.
VERDICT: GUILTY as to All Counts

SENTENCING SET FOR: 5/11/2020 at 9:00 a.m.

Court adjourns.