UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-10017-MOORE

UNITED STATES OF AMERICA,

vs.

DONALD HOWARD CONKRIGHT,

    Defendant.
_____/

**NOTE FROM JURY**

We have a verdict.

_____
Jury Foreperson

Date: 3-4-2020
Time: 1:04pm

COURT'S EXHIBIT NO. __1__