UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case No. 4:19-cr-10017-MOORE/SNOW

UNITED STATES OF AMERICA

v.

DONALD HOWARD CONKRIGHT,

Defendant.
_____/

## VERDICT FORM

We, the Jury, unanimously find the Defendant, DONALD HOWARD CONKRIGHT:

As to Count 1 of the Superseding Indictment:

      GUILTY __X__     NOT GUILTY _____

As to Count 2 of the Superseding Indictment:

      GUILTY __X__     NOT GUILTY _____

As to Count 3 of the Superseding Indictment:

      GUILTY __X__     NOT GUILTY _____

As to Count 4 of the Superseding Indictment:

      GUILTY __X__     NOT GUILTY _____

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Key West, Florida, this __4__ day of March, 2020.

FOREPERSON'S PRINTED NAME

FOREPERSON'S SIGNATURE