AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DONALD HOWARD CONKRIGHT

**EXHIBIT AND WITNESS LIST**

Case Number: 19-10017-CR-MOORE

| PRESIDING JUDGE<br>K. MICHAEL MOORE | PLAINTIFF'S ATTORNEY<br>LINSEY LAZOPOLOUS-FRIEDMAN | DEFENDANT'S ATTORNEY<br>STEWART G. ABRAMS |
|---|---|---|
| TRIAL DATE(S)<br>MARCH 2, 2020 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A |  |  |  | Voicemail Calls - Google |
|  |  |  |  |  |  |
|  |  |  |  |  | Witnesses:<br>Donald Conkright<br>Victoria Edder |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.