United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

**AMENDED EXHIBIT LIST**

**United States v. Donald Howard Conkright**          CASE NO. 19-10017-CR-MOORE

| PRESIDING JUDGE<br><br>Hon. K. Michael Moore | ASSISTANT UNITED STATES ATTORNEYS<br><br>Lindsey Lazopoulos Friedman & Yisel Valdes | DEFENSE ATTORNEY<br><br>Stewart Abrams |
|---|---|---|
| TRIAL DATE(S)<br><br>03/02/2020 | COURT REPORTER | COURTROOM DEPUTY<br><br>Robin Godwin |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| **CROWLEY INDEPENDENT SCHOOL DISTRICT** ||||||
| 100 | | 3/2 | | 3/2 | Emails between Debra Eblen and drowland@steelefreeman.org 10/10/2018 |
| 101 | | 3/2 | | 3/2 | Email from Deborah Cranford to drowland@steelefreeman.org 10/11/2018 and 10/15/2018 |
| 102 | | 3/2 | | 3/2 | Email from drowland@steelefreeman.org to Deborah Cranford 10/12/2018 |
| 103 | | 3/2 | | 3/2 | Email from Deborah Cranford to 'Dena Rowland' 10/17/2018 |
| 104 | | 3/2 | | 3/2 | Email from Cindy Hankey to drowland@steelefreeman.org 10/18/2018 |
| 105 | | 3/2 | | 3/2 | Emails between Cindy Hankey and drowland@steelefreeman.net to Cindy Hankey 10/24/2018 |
| 106 | | 3/2 | | 3/2 | Email from Cindy Hankey to 'DENA ROWLAND' 10/24/2018 at 8:57 am |
| 107 | | 3/2 | | 3/2 | Email from drowland@steelefreeman.net 10/25/2018 |
| 108 | | 3/2 | | 3/2 | Email from Cindy Hankey to 'DENA ROWLAND' 10/25/2018 at 8:39 am |
| 109 | | 3/2 | | 3/2 | Check 600520 to Steele-Freeman, Inc. in the amount of $1,473,126.54 |
| 110 | | 3/2 | | 3/2 | Check 600521 to Steele-Freeman, Inc. in the amount of $522,588.98 |

| | | | | | |
|---|---|---|---|---|---|
| 111 | | 3/2 | | 3/2 | Journal Entry for Checks dated 11/08/2018 |
| 112 | | 3/2 | | 3/2 | Bank Statement for Chase Bank Account ending in 9000 for November 1, 2018 through November 30, 2018 |
| 113 | | 3/2 | | 3/2 | Steele & Freeman, Inc. Application ($1,473,126.54) |
| 114 | | 3/2 | | 3/2 | Steele & Freeman, Inc. Application ($522,588.98) |
| | | | **IBERIA BANK** | | |
| 200 | | 3/2 | | 3/2 | Iberia Bank Account Agreement for Account Ending in 1139 |
| 201 | | 3/2 | | 3/2 | Iberia Bank Account Statement for Account Ending in 1139 dated 10/15/2018 |
| 202 | | 3/2 | | 3/2 | Iberia Bank Account Agreement for Account Ending in 4241 dated 10/15/2018 |
| 203 | | 3/2 | | 3/2 | Iberia Bank Account Statement for Account Ending in 4241 dated 10/31/2018 |
| 204 | | 3/2 | | 3/2 | Iberia Bank Account Statement for Account Ending in 1139 dated 11/15/2018 (with copies of checks) |
| 205 | | 3/2 | | 3/2 | Iberia Bank Account Statement for Account Ending in 4241 dated 11/30/2018 (with copies of checks) |
| 206 | | 3/2 | | 3/2 | Iberia Bank Account Statement for Account Ending in 1139 dated 11/16/2018 through 12/16/18 (with copies of checks) |
| 207A–K | | 3/3 | | 3/3 | Screenshots of Video Surveillance |
| 209 | | 3/3 | | 3/3 | Email from Lazaro Berlanga to Randy Woodall 11/19/2018 |
| 210 | | 3/3 | | 3/3 | Attachment to Lazaro Berlanga Email Transaction History |
| 211 | | 3/3 | | 3/3 | Deposit Inquiry |
| 212 | | 3/3 | | 3/3 | Deposit Inquiry |
| 213 | | 3/3 | | 3/3 | Deposit Inquiry |
| 214A | | 3/3 | | 3/3 | Cashier's Check – Bank Credit Copy – $72,000 – 11/14/18 |
| 214B | | 3/3 | | 3/3 | Cashier's Check – Bank Credit Copy - $9,500 –11/14/18 |
| 214C | | 3/3 | | 3/3 | Cashier's Check – Bank Credit Copy - $9,500 – 11/16/18 |
| 215 | | 3/3 | | 3/3 | All Cashier's Checks |

| 216 | | 3/3 | | 3/3 | Map of Iberia Bank Locations and List of Transactions |
|---|---|---|---|---|---|
| **BMW PURCHASE** | | | | | |
| 300 | | 3/3 | | 3/3 | Contract for BMW |
| 301A-D | | 3/3 | | 3/3 | Photographs of M3 |
| 302 | | 3/3 | | 3/3 | 8300 Checklist |
| 303 | | 3/3 | | 3/3 | Copy of Wire |
| 304 | | 3/3 | | 3/3 | OFAC Inquiry |
| 305 | | 3/3 | | 3/3 | Screenshot of Accounts |
| 306 | | 3/3 | | 3/3 | Vehicle Registration |
| 307 | | 3/3 | | 3/3 | Copy of Conkright DL |
| 308 | | 3/3 | | 3/3 | Copy of Conkright Geico Insurance |
| 309 | | 3/3 | | 3/3 | Deal Summary |
| 310 | | 3/3 | | 3/3 | Application for Vehicle Title |
| 311 | | 3/3 | | 3/3 | Certificate of Origin for Vehicle |
| 312 | | 3/3 | | 3/3 | Motor Vehicle Title Reassignment Supplement |
| 313 | | 3/3 | | 3/3 | Braman Motor Rebate Form |
| 314 | | 3/3 | | 3/3 | Service Contract |
| 315 | | 3/3 | | 3/3 | State Specific Amendments |
| 316 | | 3/3 | | 3/3 | BMW Full Maintenance Program Upgrade Agreement |
| 317 | | 3/3 | | 3/3 | Menu of Program Choices |
| 318 | | 3/3 | | 3/3 | Braman Assurances |
| 319 | | 3/3 | | 3/3 | Acknowledgment |
| 320 | | 3/3 | | 3/3 | Customer Receipt and Documents Disclosure |
| 321 | | 3/3 | | 3/3 | Customer Form |
| 322 | | 3/3 | | 3/3 | Hope Scholarship Contribution Election Form |

| | | | | |
|---|---|---|---|---|
| 323 | 3/3 | | 3/3 | Outstanding Balance Form |
| 324 | 3/3 | | 3/3 | Informational Sheet |
| 325 | 3/3 | | 3/3 | Authorization and Consent Form |
| 326 | 3/3 | | 3/3 | Supplemental Conditions |
| 327 | 3/3 | | 3/3 | Vehicle Air Pollution Control Statement |
| 328 | 3/3 | | 3/3 | Lemon Law Disclosure |
| 329 | 3/3 | | 3/3 | Insurance Affidavit |
| 330 | 3/3 | | 3/3 | Power of Attorney |
| 331A | 3/3 | | 3/3 | CD of Video Surveillance |
| 331B-H | 3/3 | | 3/3 | Screenshots of Video Surveillance |
| 332 | 3/3 | | 3/3 | Odometer Disclosure |
| 333 | 3/3 | | 3/3 | New Tag Form |
| 334 | 3/3 | | 3/3 | Application for certificate of title |
| **KIRK JEWELERS** | | | | |
| 400 | 3/3 | | 3/3 | Receipt with Order Date November 16, 2018 and $2,000 Deposit |
| 401 | 3/3 | | 3/3 | Transaction Record with Receipt, Copy of DL and Copy of Credit Card |
| 402 | 3/3 | | 3/3 | Transaction Receipt Showing Full Payment Made |
| 403A-B | 3/3 | | 3/3 | Photographs of Rolexes |
| 404A-F | 3/3 | | 3/3 | Screenshots of Video Surveillance |
| 405A | 3/3 | | 3/3 | Text Messages |
| **INTERTECH** | | | | |
| 500 | 3/3 | | 3/3 | Copy of Check to Intertech |
| 501 | 3/3 | | 3/3 | Invoice Dated November 15, 2018 |
| 502 | 3/3 | | 3/3 | Airway Bill |
| 503 | 3/3 | | 3/3 | Booking Certification |

| | | | | | |
|---|---|---|---|---|---|
| 504 | | 3/3 | | 3/3 | Cargo Certification Statement |
| 505 | | 3/3 | | 3/3 | Shipping Label |
| 507 | | 3/3 | | 3/3 | Suntrust Deposit Slip |
| **TEXT MESSAGES** | | | | | |
| 601 | | 3/3 | | 3/3 | Selected Text Messages |
| **FEDEX** | | | | | |
| 700 | | 3/3 | | 3/3 | Shipping Information for Tracking Number ending in 1342 |
| 701 | | 3/3 | | 3/3 | Transaction Summary for Tracking Number ending in 1342 |
| 702 | | 3/3 | | 3/3 | Shipping Labels for Tracking Number Ending in 1342 |
| 703 | | 3/3 | | 3/3 | Commercial Invoice for Tracking Number Ending in 1342 |
| 704 | | 3/3 | | 3/3 | Customs Form for Tracking Number Ending in 1342 |
| 705 | | 3/3 | | 3/3 | Shipping Information Report for Tracking Number ending in 3337 |
| 706 | | 3/3 | | 3/3 | Transaction Summary for Tracking Number ending in 3337 |
| 707 | | 3/3 | | 3/3 | Shipping Labels for Tracking Number Ending in 3337 |
| 708 | | 3/3 | | 3/3 | Commercial Invoice for Tracking Number Ending in 3337 |
| 709 | | 3/3 | | 3/3 | Customs Form for Tracking Number Ending in 3337 |
| **DEFENDANT'S INTERVIEW** | | | | | |
| 800 | | 3/3 | | 3/3 | CD of Video-Recorded Interview |
| 801 | | 3/3 | | 3/3 | Transcript of Interview |
| 802 | | 3/3 | | 3/3 | Written Waiver of *Miranda* Rights |
| **WELLS FARGO** | | | | | |
| 900 | | 3/3 | | 3/3 | Consumer Account Application Dated 12/01/2017 |
| 901 | | 3/3 | | 3/3 | Wells Fargo Account Statement for Account ending in 4657 for 12/29/17-01/29/18 |
| 902 | | 3/3 | | 3/3 | Wells Fargo Account Statement for Account ending in 4657 for01/30/2018-02/28/18 |
| 903 | | 3/3 | | 3/3 | Wells Fargo Account Statement for Account ending in 4657 for 03/01/18-03/27/18 |

| | | | | | |
|---|---|---|---|---|---|
| 904 | | 3/3 | | 3/3 | Wells Fargo Account Statement for Account ending in 4657 for 03/28/18-04/26/18 |
| 905 | | 3/3 | | 3/3 | Wells Fargo Account Statement for Account ending in 4657 for 04/27/18-05/25/18 |
| 908 | | 3/3 | | 3/3 | Transaction Details for Cash Withdrawals |
| 910 | | 3/3 | | 3/3 | Letter Closing Account |
| 911 | | 3/3 | | 3/3 | Emails – In Touch Ministries |
| 911A | | 3/3 | | 3/3 | Jet Linx Aviation – New Bank Information (Wells Fargo) |
| 911B | | 3/3 | | 3/3 | Jet Linx Aviation – New Bank Information (Banamex) |
| 912 | | 3/3 | | 3/3 | In Touch Ministries Vendor Transaction |
| 914 | | 3/3 | | 3/3 | ACH Return/NOC Report |
| 916 | | 3/3 | | 3/3 | Email – In Touch Ministries - April 23, 2018 |
| 917 | | 3/3 | | 3/3 | Jet Linx Invoice – May 2, 2018 |
| | | **DEFENDANT DEPARTMENT OF DEFENSE RECORDS** | | | |
| 5000 | | 3/3 | | 3/3 | Department of Defense Record for Defendant |

Case 4:19-cr-10017-KMM   Document 54   Entered on FLSD Docket 03/09/2020   Page 6 of 6