UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-10017-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD HOWARD CONKRIGHT,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ONE-DAY CONTINUANCE OF SENTENCING HEARING

Defendant Donald Howard Conkright, through counsel, respectfully moves unopposed for a one-day continuance of his sentencing hearing, and as grounds therefor says:

    1.    On March 4, 2020, Defendant was convicted after a jury trial of money laundering and conspiracy to commit money laundering. He is scheduled to appear before this Court for sentencing on Monday, May 11, 2020.

    2.    Counsel for Defendant would like to spend Mother's Day (which is Sunday, May 10, 2020) with his mother in Philadelphia, Pennsylvania. This travel would cause counsel to be unavailable to appear before this Court on Monday morning, May 11, 2020. It is possible that counsel could be available in the late afternoon if counsel returns to this district on an early flight on Monday morning;

however, there is the risk that traffic or an accident on US 1 could cause counsel to be unable to reach Key West before the end of the day. Counsel's parents are elderly and Counsel would like to be present in Philadelphia for May 10, 2020 if possible.

3. Accordingly, Defendant respectfully requests that his sentencing hearing be continued for one day for the reasons cited herein. Alternatively, Defendant respectfully asks that the sentencing hearing be heard at 4:00 p.m. on Monday, May 11, 2020 for the reasons cited herein.

4. Lindsey Lazopoulos Friedman, the Assistant United States Attorney who is handling this matter for the government, has authorized counsel to represent that she has no objection to the relief sought herein.

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By: *s/ Stewart G. Abrams*
        Stewart G. Abrams
        Assistant Federal Public Defender
        Florida Bar No.: 371076
        150 W. Flagler Street, Suite 1500
        Miami, Florida 33130-1556
        Tel: (305) 530-7000
        E-mail: stewart_abrams@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       By: *s/ Stewart G. Abrams*
          Stewart G. Abrams