UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-10017-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DONALD HOWARD CONKRIGHT,

      Defendant.

_____/

## **NOTICE OF APPEAL**

Notice is hereby given that Donald Howard Conkright, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 5th day of June, 2020.  [DE 78].

      MICHAEL CARUSO
      FEDERAL PUBLIC DEFENDER

      By: s/ *Stewart G. Abrams*
        Stewart G. Abrams
        Assistant Federal Public Defender
        Florida Bar No. 0371076
        150 W. Flagler Street, Suite 1500
        Miami, Florida 33130-1556
        (305) 530-7000, Ext. 4256
        E-Mail: stewart_abrams@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stewart G. Abrams*
      Stewart G. Abrams