| U.S. Department of Justice<br>United States Marshals Service | | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|---|
| PLAINTIFF<br>THE UNITED STATES OF AMERICA | | | COURT CASE NUMBER<br>19-10017-CR-KMM | #4 |
| DEFENDANT<br>DONALD HOWARD CONKRIGHT | | | TYPE OF PROCESS<br>PRELIMINARY ORDER | |

SERVE { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
All funds on deposit in account number 12103671139 at Iberia Bank held in the name of the Defendant
C/O USMS

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| AUSA NICOLE GROSNOFF<br>99 NE 4th Street, 7th Floor<br>Miami, FL 33132 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please serve Preliminary Order of Forfeiture.
CATS IDs: 19-FBI-001508 and 19-FBI-002628

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305-961-9294 | DATE |
|---|---|---|---|
| nicole Grosnoff | | | |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 | District of Origin<br>No. | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/25/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | Date<br>9/30/20 | Time | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>$65.00 | Total Mileage Charges (including endeavors)<br>0 | Forwarding Fee<br>$8.00 | Total Charges<br>$65.00 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>0 |
|---|---|---|---|---|---|

REMARKS

The above listed asset was taken into custody on March 15, 2019, it will remain pending a Final Order of Forfeiture.

FILED BY ___ D.C.
NOV 06 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18